DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Tucker<br><br>Case below:<br>Forsyth County<br>Superior Court | No. 113A96-3 | 1. Def's PWC to Review Order of Forsyth County Superior Court<br><br>2. Def's Motions to Hold Decision in Abeyance | 1. Denied<br>08/23/07<br><br>2. Dismissed as Moot<br>08/23/07 |
| State v. Woody<br><br>Case below:<br>147 N.C. App. 790 | No. 301P07 | Def's Motion for "Petition for Plain Error Review Pursuant to N.C.G.S. 7A-23" (COA01-188) | Dismissed<br>08/23/07 |
| Trustees of Wake Technical Cmty. College v. Slaughter<br><br>Case below:<br>179 N.C. App. 865 | No. 604P06 | Def's (Benjamin Slaughter) PDR Under N.C.G.S. 7A-31 (COA06-5) | Dismissed as Moot<br>08/23/07 |
| Turning Point Indus. v. Global Furn., Inc.<br><br>Case below:<br>183 N.C. App. —<br>(1 May 2007) | No. 263P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1154) | Denied<br>08/23/07 |
| Vecellio & Grogan, Inc. v. Piedmont Drilling & Blasting, Inc.<br><br>Case below:<br>183 N.C. App. —<br>(1 May 2007) | No. 268P07 | 1. Def's (Piedmont Drilling) PDR Under N.C.G.S. § 7A-31 (COA06-887)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>08/23/07<br><br>2. Dismissed as Moot<br>08/23/07 |
| Ward v. Floors Perfect<br><br>Case below:<br>183 N.C. App. —<br>(5 June 2007) | No. 339A07 | 1. Plt's NOA Based Upon a Dissent (COA06-366)<br><br>2. Plt's PDR as to Additional Issues | 1. —<br><br>2. Denied<br>08/23/07 |